(85 South. 868)

### McGLON v. STATE. (4 Div. 646.)

(Court of Appeals of Alabama. June 29, 1920.)

Appeal from Circuit Court, Barbour County; J. S. Williams, Judge.

Charles McGlon was convicted of an offense, and he appeals. Reversed and remanded.

Chauncey Sparks, of Eufala, for appellant: J. Q. Smith, Atty. Gen., and Lamar Field, Asst. Atty. Gen., for the State.

PER CURIAM. It is admitted by the Attorney General, representing the state, that this case falls within the provisions of the case of Andrew Mills v. State, 85 South. 867,[1] and is analogous to that case as to facts shown upon the trial in the lower court.

On authority of that case, the judgment of the lower court is reversed, and the cause is remanded.

Reversed and remanded.